

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

Case No. 1:22-cv-764

Name of Plaintiff(s):

Brigid and Joseph Washington

**VERSUS**

Name of Defendant(s):

Wells Fargo Bank, National Association, Accurate Appraisal Service, and Bryan A. Klosterman

Mediator Name: Ronald L. Gibson
Telephone No.: 704-302-4069
E-Mail Address: Ron@gibsonadrlaw.com

**REPORT OF MEDIATOR**

*(For Placement on the CM/ECF Docket)*

☐ This is an **Interim Report.** A final report is to be filed after resumption of the mediation

RECEIVED In This Office JUL 17 2023 CLERK U.S. DISTRICT COURT GREENSBORO N.C.

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on July 12, 2023 _____ (date)

   ☐ was NOT held because _____

2. **Attendance**
   ☒ No Objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☒ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (i.e., mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: _____

4. **Settlement Filings**
   a) The document(s) to be filed to effort the settlement are Notice of Dismissal
   b) The person responsible for filing the document(s) is Charles Francis, Counsel for Plaintiffs
   c) The agreed deadline for filing the document(s) is August 31, 2023

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

   I have submitted this completed report with ten (10) days after conclusion of the conference.

   _____ Mediator Signature

   7-14-2023 Date