IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **BRIGID and JOSEPH WASHINGTON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**WELLS FARGO BANK, N.A., ACCURATE APPRAISAL SERVICE, and BRYAN A. KLOSTERMAN,**<br><br>**Defendants.** | Case No. 1:22-cv-764 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Brigid and Joseph Washington, Defendant Wells Fargo Bank, N.A., and Defendants Accurate Appraisal Service and Bryan A. Klosterman, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this action is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: August 15th, 2023

THE FRANCIS LAW FIRM, PLLC

By: /s/ Charles T. Francis
Charles T. Francis (N.C. Bar No. 16348)
cfrancis@thefrancislawfirm.com
215 East North Street
Raleigh, North Carolina 27601
Telephone: (919) 828-0801
Facsimile: (919) 828-0804

*Attorneys for Plaintiffs Brigid and Joseph Washington*

1

WINSTON & STRAWN LLP

By: /s/ **Stacie C. Knight**
Kobi K. Brinson (N.C. Bar No. 23827)
kbrinson@winston.com
Stacie C. Knight (N.C. Bar No. 28482)
sknight@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorneys for Defendant Wells Fargo Bank, N.A.*


CRANFILL SUMNER LLP

By: /s/ Ryan D. Bolick
Ryan D. Bolick (NC Bar No. 26482)
rbolick@cshlaw.com
P.O. Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994

*Attorneys for Defendants Accurate Appraisal Service and Bryan A. Klosterman*

2

Case 1:22-cv-00764-CCE-LPA     Document 33     Filed 08/15/23     Page 2 of 3

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically served the foregoing on the following counsel:

Stacie C. Knight, Esq.
sknight@winston.com
Kobi K. Brinson
kbrinson@winston.com
Amanda L. Groves, Esq.
agroves@winston.com
Attorneys for Defendant, Wells Fargo Bank, N.A.

Ryan D. Bolick, Esq.
rbolick@cshlaw.com
Attorney for Accurate Appraisal Service and Bryan A. Klosterman

This the 15th day of August, 2023.

THE FRANCIS LAW FIRM, PLLC

/s/ Charles T. Francis
Charles T. Francis
North Carolina State Bar No.: 16348
Attorney for Plaintiffs
215 East North Street
Raleigh, North Carolina 27601
Telephone: (919) 828-0801
Email: cfrancis@thefrancislawfirm.com